GEORGE D. REED et al., Respondents, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant, Impleaded with Others.

*Reed* v. *Joyce*, 116 App. Div. 921, affirmed.
(Argued October 30, 1907; decided November 19, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1906, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action to determine the amount of and to enforce an attorney's lien.

*Louis L. Babcock* and *Chauncey J. Hamlin* for appellant.

*George D. Reed* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.